## Armstrong v. Keleher, _Appellant._

**Justice's Court:** STATEMENT. The statement in the present case, (a case instituted before a justice of the peace,) _Held,_ sufficient.

_Appeal from McDonald Circuit Court._—Hon. Jos. Cravens, Judge.

Affirmed.

_Geo. Hubbert_ for appellant, cited _Casey v. Clark,_ 2 Mo. 11; _Davis v. M., K. & T. Ry. Co.,_ 65 Mo. 441; _Brashears v. Strock,_ 46 Mo. 221.

Sherwood, C. J.—Suit before a justice of the peace; the complaint as follows: "Plaintiff states that on or about the 1st day of October, he contracted with defendant to blast in a well on the premises of the said Michael Keleher, for which the said Keleher was to pay the plaintiff $2 per day. The said plaintiff asks judgment for seven days work, at $2 per day, for which the said plaintiff claims $14. Whereupon plaintiff prays judgment for $14 for his said debt, and $5 damages." We think the above contains, though informally drawn, "a statement of the facts constituting the cause of action," within the meaning of the statute. By it the defendant was in substance informed; informed in a manner that could not have misled him, that plaintiff had contracted with him to blast in his well at $2 per day; that plaintiff had performed seven days labor in that work, which at the contract price amounted to $14. This case differs widely from those cited by defend-

ant. Discovering no error in the record, or merit in this appeal, we affirm the judgment with ten per cent damages. All concur.